IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRENCE KELLY,

     Appellant,

v.

THE BANK OF NEW YORK
MELLON CORPORATION, as
Trustee For GWMBS, Inc.,
Alternative Loan Trust 2002-7
Mortgage Pass-Through
Certificates, Series 2002-11,

     Appellee.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3134

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Sabine Millien-Felix of Millien LeBlanc, PLLC, Lake Worth, for Appellant.

Nancy M. Wallace and Michael J. Larson of Akerman LLP, Tallahassee; William
P. Heller of Akerman LLP, Fort Lauderdale; and Eric M. Levine of Akerman LLP,
West Palm Beach, for Appellee.

PER CURIAM.

     DISMISSED.

B.L. THOMAS, C.J., LEWIS and ROWE, JJ., CONCUR.